IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK O'FEE, : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | |
| THE CITY OF PHILADELPHIA, : | |
| SHAWN TRUSH, SYLVESTER : | No. 09-2724 |
| JOHNSON, WILLIAM COLARULO, : | |
| and DANIEL BARTLETT, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 2nd day of October, 2009, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint in Part Pursuant to Rule 12(b)(6) (Doc. No. 7), it is hereby **ORDERED** as follows:

1) the Motion is **GRANTED IN PART** and **DENIED IN PART**;

2) the Motion is **GRANTED** with respect to the conspiracy claims under 42 U.S.C. § 1985, the Equal Protection retaliation claim and the claim for wrongful use of civil process pursuant to 42 Pa.C.S. § 8351 et seq. ("Dragonetti Act"), and **DENIED** in all other respects;

3) the conspiracy claims pursuant to 42 U.S.C. § 1985 are **DISMISSED**;

4) the Equal Protection retaliation claim is **DISMISSED**;

5) the claim for wrongful use of civil process pursuant to the Dragonetti Act is **DISMISSED**;

6) Count III (erroneously titled "COUNTI III"), which includes Paragraphs 60

      through 69, is **STRICKEN** from Plaintiff's Amended Complaint;

7)    Paragraph 50 is **STRICKEN** from Plaintiff's Amended Complaint;

8)    the language reading "Plaintiff is a member of a protected class" is **STRICKEN** from Paragraph 18 from Plaintiff's Amended Complaint;

9)    the language reading "in furtherance of the agreement" is **STRICKEN** from Paragraph 36;

10)    the language reading "acted in concert" is **STRICKEN** from Paragraph 37;

11)    the language reading "in furtherance of the agreement, common plan or goal" is **STRICKEN** from Paragraph 51; and

12)    the language reading "Dragonetti Claim for Abuse of Process" is **STRICKEN** from the heading of Count V.

                        BY THE COURT:

                        /s/ Robert F. Kelly
                        ROBERT F. KELLY
                        SENIOR JUDGE